# FINANCIAL DISCLOSURE REPORT

## Nomination Report

Report required by the Ethics in
Government Act of 1978, as amended
(5 U.S.C. App. 4, Sec. 101-112)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Martini, William J. | District Court-New Jersey | 01/28/2002 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge-Nominee | X Nomination, Date 01/23/2002 / Initial / Annual / Final | 01/01/2000 to 12/31/2001 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Sills, Cummis, etal | |
| One Riverfront Plaza | |
| Newark, New Jersey 07102-5400 | Reviewing Officer _____ Date _____ |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.

## I. POSITIONS (Reporting individual only; see pp. 9-13 of Instructions.)

[ ] NONE (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| 1 | Partner | Sills Cummis Radin Tishman Epstein & Gross |
| 2 | Commissioner | Port Authority of New York And New Jersey |
| 3 | Trustee | Nicholas Martini Foundation |

## II. AGREEMENTS (Reporting individual only; see pp. 14-16 of Instructions.)

[ ] NONE (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1 | 12/31/01 | Sills Cummis etal, profit sharing plan and pension plan balances will be rolled over into an individual retirement account. |
| 2 | | |
| 3 | | |

## III. NON-INVESTMENT INCOME (Reporting individual and spouse; see pp. 17-24 of Instructions.)

[ ] NONE (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1 | 2000 | Sills Cummis etal | 276,736 |
| 2 | 2001 | Sills Cummis etal | 274,239 |
| 3 | 2000 | Nicholas Martini Foundation | 24,000 |
| 4 | 2001 | Nicholas Martini Foundation | 22,000 |

## . REIMBURSEMENTS -- transportation, lodging, food, entertainment.

*cludes those to spouse and dependent children. See pp. 25-26 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| NONE (No such reportable reimbursements.) | | |
| | | Exempt |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| NONE (No such reportable gifts.) | | | |
| 1 | | Exempt | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 33-35 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| NONE (No reportable liabilities.) | | | |
| 1 | Hudson City Savings Bank | Mortgage on Rental Property #1 Clifton NJ (Part VII Line 2) | L |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

\* VAL CODES: J=$15,000 or less    K=$15,001-$50,000    L=$50,001 to $100,000    M=$100,001-$250,000    N=$250,001-$500,000
0=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type<br>(e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type<br>(e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date<br>Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 | | | | | Exempt | | | | |
| 2 Rental Property #1 Clifton NJ (1990 $178,000) | D | Rent | M | R | | | | | |
| 3 Brokerage Account #1 | | | | | | | | | |
| 4 NJ Edu.FACS FING Auth Rev Princ. Thos.-SER C 07/01/12 | A | Interest | J | T | | | | | |
| 5 Port Auth. NY & NJ Consd. Bonds 86 Series 07/01/02 | A | Interest | J | T | | | | | |
| 6 NJ St Transit TR FD Auth. Series A 06/15/03 | A | Interest | J | T | | | | | |
| 7 South Orange-Maplewood NJ RSD Gen Oblig Essex Co. | A | Interest | J | T | | | | | |
| 8 New Jersey St. Turnpike Auth. Series C 01/01/09 | A | Interest | J | T | | | | | |
| 9 NJ ST Gen Oblig RFDG Series D 02/15/03 | A | Interest | J | T | | | | | |
| 10 Northwest Bergen Cnty NJ Utils Auth Util System | A | Interest | J | T | | | | | |
| 11 Command Money Fund | A | Interest | J | T | | | | | |
| 12 Brokerage Account #2 | | | | | | | | | |
| 13 AT&T Corp Stock | A | Dividend | J | T | | | | | |
| 14 American Electric Power Co. Stock | A | Dividend | J | T | | | | | |
| 15 Chevron Texaco Corp Stock | A | Dividend | J | T | | | | | |
| 16 PG & E Corp Stock | A | Dividend | J | T | | | | | |
| 17 Pilgrim Prime Rate Tr New SH Ben Int | A | Dividend | J | T | | | | | |

| 1 Inc/Gain Codes:<br>(Col. B1, D4) | A=$1,000 or less<br>F=$50,001-$100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes:<br>(Col. C1, D3) | J=$15,000 or less<br>O=$500,001-$1,000,000 | K=$15,001-$50,000<br>P1=$1,000,001-$5,000,000 | L=$50,001-$100,000<br>P2=$5,000,001-$25,000,000 | M=$100,001-$250,000<br>P3=$25,000,001-$50,000,000 | N=$250,001-$500,000<br>P4=$50,000,001 or more |
| 3 Val Mth Codes:<br>(Col. C2) | Q=Appraisal<br>U=Book Value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | *Exempt* | | | | |
| 15 Public Service Enterprises Group Inc. Stock | A | Dividend | J | T | | | | | |
| 19 Alliance Money Reserves | B | Interest | L | T | | | | | |
| 20 Brokerage Account #3 | | | | | | | | | |
| 21 Federated Kaufman Fund K. | B | Dividend | K | T | | | | | |
| 22 Vanguard New Jersey Tax-Exempt Money Market Fund | B | Dividend | K | T | | | | | |
| 23 Brokerage Account #4 | | | | | | | | | |
| 24 United HealthCare Corp Stock | A | Dividend | | | | | | | |
| 25 Ryder System Inc. Stock | A | Dividend | | | | | | | |
| 26 Quantum Corp Holding Stock | A | Dividend | | | | | | | |
| 27 Aetna Inc. Stock | A | Dividend | | | | | | | |
| 28 Alcan Aluminum Ltd Stock | A | Dividend | | | | | | | |
| 29 American General Corp. Stock | A | Dividend | | | | | | | |
| 30 AMBAC Financial Group Inc Stock | A | Dividend | | | | | | | |
| 31 Arrow Electronics Inc. Stock | A | Dividend | | | | | | | |
| 32 American Standard Companies | A | Dividend | | | | | | | |
| 33 Bank One Corp. Stock | A | Dividend | | | | | | | |
| 34 Bank of America Corp Stock | A | Dividend | | | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less O=$500,001-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,000-$100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | Exempt | | | | |
| 35 Canadian Pacific LTD New Stock | A | Dividend | | | | | | | |
| 36 Cigna Corp. Stock | A | Dividend | | | | | | | |
| 37 Consolidated Edison Inc. Corp. Stock | A | Dividend | | | | | | | |
| 38 CSX Corp Stock | A | Dividend | | | | | | | |
| 39 Central & South West Corp Stock | A | Dividend | | | | | | | |
| 40 Champion International Corp. Stock | A | Dividend | | | | | | | |
| 41 Cinergy Corp Stock | A | Dividend | | | | | | | |
| 42 Consolidated Papers, Inc. Stock | A | Dividend | | | | | | | |
| 43 Crown Cork & Seal Corp. Stock | A | Dividend | | | | | | | |
| 44 Dana Corp. Stock | A | Dividend | | | | | | | |
| 45 Dow Chemical Co. Stock | A | Dividend | | | | | | | |
| 46 Eastman Chemical Co. Stock | A | Dividend | | | | | | | |
| 47 Firstenergy Corp. Stock | A | Dividend | | | | | | | |
| 48 FMC Corp. New Stock | A | Dividend | | | | | | | |
| 49 Fannie Mae Stock | A | Dividend | | | | | | | |
| 50 Federated Department Stores Stock | A | Dividend | | | | | | | |
| 51 Genuine Parts Co. Stock | A | Dividend | | | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J. | 01/28/2002 |

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp, 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | *Exempt* | | | | |
| 52 BF Goodrich Co.Stock | A | Dividend | | | | | | | |
| 53 International Paper Stock | A | Dividend | | | | | | | |
| 54 Litton Industries Stock | A | Dividend | | | | | | | |
| 55 Lubrizol Corp. Stock | A | Dividend | | | | | | | |
| 56 Millennium Chemicals Inc. Stock | A | Dividend | | | | | | | |
| 57 May DepartmentStore Stock | A | Dividend | | | | | | | |
| 58 Mead Corp. Stock | A | Dividend | | | | | | | |
| 59 National City Corp. Stock | A | Dividend | | | | | | | |
| 60 Norfolk Southern Corp. Stock | A | Dividend | | | | | | | |
| 61 Occidental Petroleum Corp. Stock | A | Dividend | | | | | | | |
| 62 Quantum Corp. DSSG Stock | A | Dividend | | | | | | | |
| 63 Old Republic Intl Corp. Stock | A | Dividend | | | | | | | |
| 64 Philip Morris Companies Inc. Stock | A | Dividend | | | | | | | |
| 65 Phillips Petroleum Co.Stock | A | Dividend | | | | | | | |
| 66 Praxair Inc. | A | Dividend | | | | | | | |
| 67 St. Paul Companies Inc.Stock | A | Dividend | | | | | | | |
| 68 Seagate Technology Inc. Stock | A | Dividend | | | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

## VII. Page 5 INVESTMENTS and TRUSTS -- income, value, transactions

(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | *Exempt* | | | | |
| 69 Sears Roebuck & Co. Stock | A | Dividend | | | | | | | |
| 70 Supervalu Inc. Stock | A | Dividend | | | | | | | |
| 71 Tech Data Corp. Inc. Stock | A | Dividend | | | | | | | |
| 72 Thomas & Betts Corp. Stock | A | Dividend | | | | | | | |
| 73 Union Carbide Corp. Stock | A | Dividend | | | | | | | |
| 74 Union Pacific Corp. Stock | A | Dividend | | | | | | | |
| 75 V F Corp. Stock | A | Dividend | | | | | | | |
| 76 Westvaco Corp. Stock | A | Dividend | | | | | | | |
| 77 Whirlpool Corp. Stock | A | Dividend | | | | | | | |
| 78 Bernstein Diversified Municipal Portfolio Fund | A | Dividend | | | | | | | |
| 79 Bernstein Tax-Managed International Value Portfolio | A | Dividend | | | | | | | |
| 80 Brokerage Account #5 | | | | | | | | | |
| 81 Alliance Technology Fund | A | Dividend | | | | | | | |
| 82 Invesco Dynamics Fund | A | Dividend | | | | | | | |
| 83 Mass Invs Growth Stock Cl A Fund | A | Dividend | | | | | | | |
| 84 Putnam Global Growth FD CL A | A | Dividend | | | | | | | |
| 85 Alliance Growth Fund Class A | A | Dividend | | | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less O=$500,001-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-$100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 6 INVESTMENTS and TRUSTS -- income, value, transactions  (Includes those of spouse and dependant children. See pp. 36-54 of Instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code<br>(A-H) | (2)<br>Type<br>(e.g.,<br>dividend,<br>rent or<br>interest) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g., buy,<br>sell, partial<br>sale,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| NONE  (No reportable income, assets, or transactions.) | | | | | *Exempt* | | | | |
| 86  Alliance Century Income & Growth Fund | A | Dividend | | | | | | | |
| 87  Templeton World Fund | A | Dividend | | | | | | | |
| 88  Brokerage Account #6 | | | | | | | | | |
| 89  Cash & Cash Equivalents | A | Interest | K | T | | | | | |
| 90  Montville Township Bond 5.65% 08 | A | Interest | J | T | | | | | |
| 91  Avalon Boro Wtr & Swr 5.250% | A | Interest | K | T | | | | | |
| 92  Ocean City Utils Auth 5.0% | A | Interest | K | T | | | | | |
| 93  Evesham Twp NJ Brd 4.6% | A | Interest | K | T | | | | | |
| 94  Lower Township Fire Dist. No. 3 6.850% | A | Interest | K | T | | | | | |
| 95  Manchester Twp. NJ Fscl Adj. 6.4% | A | Interest | K | T | | | | | |
| 96  Middletown Twp. Board of Ed 5.00% | A | Interest | K | T | | | | | |
| 97  Mount Arlington Board of Ed 5% | A | Interest | K | T | | | | | |
| 98  North Arlington Sch Dist 5.375% | A | Interest | K | T | | | | | |
| 99  Union City Fsa B/E Ut N/C 6.37% | A | Interest | K | T | | | | | |
| 100  Atlantic Cnty NJ Util Auth 5.0% | A | Interest | K | T | | | | | |
| 101  Port Authority NY & NJ Cons. 5.40% | A | Interest | | | | | | | |
| 102  Brokerage Account #7 | | | | | | | | | |

| 1 Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (Col. C2) | U=Book Value | V=Other | W=Estimated | |

## VII. Page 7 INVESTMENTS and TRUSTS -- income, value, transactions
*(includes those of spouse and dependent children. See pp. 36-54 of Instructions)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | *Exempt* | | | | |
| 103 Cash & Cash Equivalents | A | Interest | J | T | | | | | |
| 104 Abbott Laboratories Stock | A | Dividend | J | T | | | | | |
| 105 American Intl Group Inc. Stock | A | Dividend | J | T | | | | | |
| 106 AOL Time Warner Stock | A | Dividend | J | T | | | | | |
| 107 Applied Materials Inc Stock | A | Dividend | J | T | | | | | |
| 108 Bank of America Stock | A | Dividend | J | T | | | | | |
| 109 Baxter International Inc Stock | A | Dividend | J | T | | | | | |
| 110 CVS Corp Del Stock | A | Dividend | J | T | | | | | |
| 111 Cisco Systems, Inc Stock | A | Dividend | J | T | | | | | |
| 112 Citigroup Inc Stock | A | Dividend | J | T | | | | | |
| 113 Coca Cola Stock | A | Dividend | J | T | | | | | |
| 114 Dominion Res Inc Va New Stock | A | Dividend | J | T | | | | | |
| 115 Exxon Mobil Stock | A | Dividend | J | T | | | | | |
| 116 Fifth Third Bank Stock | A | Dividend | J | T | | | | | |
| 117 Flextronics Intl Ltd Stock | A | Dividend | J | T | | | | | |
| 118 General Electric Company Stock | A | Dividend | K | T | | | | | |
| 119 Goldman Sachs Group, Inc Stock | A | Dividend | J | T | | | | | |

| 1 Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (Col. C2) | U=Book Value | V=Other | W=Estimated | |

## VII. Page 8 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | *Exempt* | | | | | |
| 120 Guidant Corp Stock | A | Dividend | J | T | | | | | |
| 121 Intel Corp Stock | A | Dividend | J | T | | | | | |
| 122 Intl Business Machines Stock | A | Dividend | J | T | | | | | |
| 123 JDS Uniphase Corporation Stock | A | Dividend | J | T | | | | | |
| 124 Johnson & Johnson Stock | A | Dividend | J | T | | | | | |
| 125 Lauder Estee Co. Inc. CL A Stock | A | Dividend | J | T | | | | | |
| 126 Lilly Eli & Company Stock | A | Dividend | J | T | | | | | |
| 127 Medtronic Inc. Stock | A | Dividend | J | T | | | | | |
| 128 Micron Technology Inc. Stock | A | Dividend | J | T | | | | | |
| 129 Microsoft Corp Edit | A | Dividend | J | T | | | | | |
| 130 Morgan Stnly Dean Witter Stock | A | Dividend | J | T | | | | | |
| 131 Mirant Corp Stock | A | Dividend | J | T | | | | | |
| 132 Oracle Corp. Stock | A | Dividend | J | T | | | | | |
| 133 Pepsico Inc. Stock | A | Dividend | J | T | | | | | |
| 134 Pfizer Inc. Stock | A | Dividend | J | T | | | | | |
| 135 Qwest Communs Intl Inc. Stock | A | Dividend | J | T | | | | | |
| 136 Raytheon Company New Stock | A | Dividend | J | T | | | | | |

1 Inc/Gain Codes: (Col. B1, D4)
A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes: (Col. C1, D3)
J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes: (Col. C2)
Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
U=Book Value   V=Other   W=Estimated

## VII. Page 9 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | *Exempt* | | | | |
| 137  S B C Communications Inc Stock | A | Dividend | J | T | | | | | |
| 138  Safeway Inc. Stock | A | Dividend | J | T | | | | | |
| 139  Schlumberger LTD Stock | A | Dividend | J | T | | | | | |
| 140  Target Inc. Stock | A | Dividend | J | T | | | | | |
| 141  Texas Instruments Stock | A | Dividend | J | T | | | | | |
| 142  Transocean Sedco Forex Stock | A | Dividend | J | T | | | | | |
| 143  Tyco Intl LTD New Stock | A | Dividend | J | T | | | | | |
| 144  Verizon Communications Stock | A | Dividend | J | T | | | | | |
| 145  Viacom Inc. Non Vtg Cl B Stock | A | Dividend | J | T | | | | | |
| 146  Wal-Mart Stores Inc. Stock | A | Dividend | J | T | | | | | |
| 147  Bank of New York Stock | A | Dividend | | | | | | | |
| 148  BP PLC ADR F Stock | A | Dividend | | | | | | | |
| 149  Du Pont EI De Nemours&Co Stock | A | Dividend | | | | | | | |
| 150  EMC Corp Stock | A | Dividend | | | | | | | |
| 151  Exelon Corp. Stock | A | Dividend | | | | | | | |
| 152  Interpublic Group of Cos Stock | A | Dividend | | | | | | | |
| 153  McGraw-Hill COS Stock | A | Dividend | | | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |
| | U=Book Value | V=Other | W=Estimated | | |

## VII. Page 10 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | *Exempt* | | | | |
| 154 Merck & Co, Inc. Stock | A | Dividend | | | | | | | |
| 155 Nortel Networks CP New Stock | A | Dividend | | | | | | | |
| 156 Schering Plough Corp. Stock | A | Dividend | | | | | | | |
| 157 Staples Inc. Stock | A | Dividend | | | | | | | |
| 158 Sun Microsystems Inc. Stock | A | Dividend | | | | | | | |
| 159 The Southern Company Stock | A | Dividend | | | | | | | |
| 160 US Bancorp Del New Stock | A | Dividend | | | | | | | |
| 161 Wells Fargo & Co. New | A | Dividend | | | | | | | |
| 162 Brokerage Account #B | | | | | | | | | |
| 163 Cash & Cash Equivalents | A | Dividend | J | T | | | | | |
| 164 AT&T Wireless Svcs Stock | A | Dividend | J | T | | | | | |
| 165 Agere Systems Inc Cl A Stock | A | Dividend | J | T | | | | | |
| 166 American Express Stock | A | Dividend | J | T | | | | | |
| 167 American Intl Group Inc. Stock | A | Dividend | J | T | | | | | |
| 168 Bank of America Corp Stock | A | Dividend | J | T | | | | | |
| 169 Bank of New York Co Inc Stock | A | Dividend | J | T | | | | | |
| 170 BP PLC ADR F Stock | A | Dividend | J | T | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

## VII. Page 11 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | *Exempt* | | | | |
| 171 Chevron Texaco Corp Stock | A | Dividend | J | T | | | | | |
| 172 Citigroup Inc. Stock | A | Dividend | J | T | | | | | |
| 173 Conoco Inc New Stock | A | Dividend | J | T | | | | | |
| 174 Diageo PLC New ADR F Stock | A | Dividend | J | T | | | | | |
| 175 DU Ponte De Nemour & Co Stock | A | Dividend | J | T | | | | | |
| 176 El Paso Corp Stock | A | Dividend | J | T | | | | | |
| 177 Entergy Corp New Stock | A | Dividend | J | T | | | | | |
| 178 Fannie Mae Stock | A | Dividend | J | T | | | | | |
| 179 First Data Corp Stock | A | Dividend | J | T | | | | | |
| 180 Fleet Boston Financial Corp Stock | A | Dividend | J | T | | | | | |
| 181 General Electric Co Stock | A | Dividend | J | T | | | | | |
| 182 Gillette Co Stock | A | Dividend | J | T | | | | | |
| 183 Hartford Finl Svcs Group | A | Dividend | J | T | | | | | |
| 184 Heineken N V ADR F Stock | A | Dividend | J | T | | | | | |
| 185 Honeywell Intl Stock | A | Dividend | J | T | | | | | |
| 186 Intel Corp Stock | A | Dividend | J | T | | | | | |
| 187 Intl Business Machines Stock | A | Dividend | J | T | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less O=$500,001-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-$100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 12 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | *Exempt* | | | | |
| 188 Kroger Company Stock | A | Dividend | J | T | | | | | |
| 189 Liberty Media New Ser A Stock | A | Dividend | J | T | | | | | |
| 190 Lilly Eli & Company Stock | A | Dividend | J | T | | | | | |
| 191 McDonalds Corp Stock | A | Dividend | J | T | | | | | |
| 192 Merck & Co. Inc. Stock | A | Dividend | J | T | | | | | |
| 193 Merrill Lynch & Co Inc Stock | A | Dividend | J | T | | | | | |
| 194 Microsoft Corp Stock | A | Dividend | J | T | | | | | |
| 195 Minnesota Mining & Mfg Stock | A | Dividend | J | T | | | | | |
| 196 Motorola Inc Stock | A | Dividend | J | T | | | | | |
| 197 Pepsico Inc Stock | A | Dividend | J | T | | | | | |
| 198 Pharmacia Corp Stock | A | Dividend | J | T | | | | | |
| 199 Pfizer Inc. Stock | A | Dividend | J | T | | | | | |
| 200 PNC Finl Services GP Inc Stock | A | Dividend | J | T | | | | | |
| 201 Philip Morris Cos Stock | A | Dividend | J | T | | | | | |
| 202 Proctor & Gamble Co Stock | A | Dividend | J | T | | | | | |
| 203 PUB SVC ENT Group Inc | A | Dividend | J | T | | | | | |
| 204 Royal Dutch 1.25 GuilderF Stock | A | Dividend | J | T | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less O=$500,001-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-$100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 13 INVESTMENTS and TRUSTS — income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type<br>(e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type<br>(e.g., buy, sell, partial sale, merger, redemption) | (2)<br>Date:<br>Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | *Exempt* | | | | |
| 205  S B C Communications Inc | A | Dividend | J | T | | | | | |
| 206  Target Corp Stock | A | Dividend | J | T | | | | | |
| 207  United Technologies Corp Stock | A | Dividend | J | T | | | | | |
| 208  Verizon Communications Stock | A | Dividend | J | T | | | | | |
| 209  Viacom Inc Non Vtg Cl B Stock | A | Dividend | J | T | | | | | |
| 210  News Ltd Corp ADR PFD F Preferred Stock | A | Dividend | J | T | | | | | |
| 211  Allstate Corp Stock | A | Dividend | | | | | | | |
| 212  Comcast Corp Spl Cl A Stock | A | Dividend | | | | | | | |
| 213  Compaq Computer Corp Stock | A | Dividend | | | | | | | |
| 214  Federated Dept Del New Stock | A | Dividend | | | | | | | |
| 215  Gannett Co Inc Del Stock | A | Dividend | | | | | | | |
| 216  Qwest Communications Intl Inc | A | Dividend | | | | | | | |
| 217  Halliburton Co Hldg Co Stock | A | Dividend | | | | | | | |
| 218  JP Morgan Chase | A | Dividend | | | | | | | |
| 219  Johnson & Johnson Stock | A | Dividend | | | | | | | |
| 220  Kimberly Clark Corp Stock | A | Dividend | | | | | | | |
| 221  Lucent Technologies Stock | A | Dividend | | | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less<br>F=$50,001-$100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less<br>O=$500,001-$1,000,000 | K=$15,001-$50,000<br>P1=$1,000,001-$5,000,000 | L=$50,001-$100,000<br>P2=$5,000,001-$25,000,000 | M=$100,001-$250,000<br>P3=$25,000,001-$50,000,000 | N=$250,001-$500,000<br>P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal<br>U=Book Value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J. | 01/28/2002 |

## VII. Page 14 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | *Exempt* | | | | |
| 222    Schering Plough Corp Inc | A | Dividend | | | | | | | |
| 223   IRA #1 | D | Div & Int | N | T | | | | | |
| 224    Cash & Cash Equivalents | | | | | | | | | |
| 225    AT&T Corp Bond 6% 09 | | | | | | | | | |
| 226    DamilrChrysir AG 7.40% Bond 05 | | | | | | | | | |
| 227    Ford Motor Cred Bond 6.70% 04 | | | | | | | | | |
| 228    Genl Motors ACC Bond 6.38% 04 | | | | | | | | | |
| 229    Lehman Bros Hldg Bond 7.75% 05 | | | | | | | | | |
| 230    Morgan Stan DW Bond 7.75% 0S | | | | | | | | | |
| 231    Natl Rural Util Bond 6% 06 | | | | | | | | | |
| 232    Raytheon Co Bond 7.9% 03 | | | | | | | | | |
| 233    Sears Roebuck Accep Bond 6% 03 | | | | | | | | | |
| 234    WorldCom Inc Bond 7.875% 03 | | | | | | | | | |
| 235    Fedl Natl Mtg 7.12% 0S | | | | | | | | | |
| 236    Fedl Natl Mtg AS 6.50% 04 | | | | | | | | | |
| 237    US Treas Note 5.0% 8/11 | | | | | | | | | |
| 238    US Treas Note 7.00% 07/06 | | | | | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less O=$500,001-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-$100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J. | 01/28/2002 |

## VII. Page 15 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-34 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | *Exempt* | | | | |
| 239 FNMA Pl # 254048 6.50% 16 | | | | | | | | | |
| 240 FNMA Pl #323319 7% 28 | | | | | | | | | |
| 241 Bank of America Notes 7.80% | | | | | | | | | |
| 242 Heller Financial Inc MTN Bond 5.746% | | | | | | | | | |
| 243 Lehman Bros Hldgs Notes 6.50% | | | | | | | | | |
| 244 Morgan St DW Bond 7.125% 03 | | | | | | | | | |
| 245 Morgan ST DW Bond 5.6% | | | | | | | | | |
| 246 US Treasury Notes 6.625% | | | | | | | | | |
| 247 US Treas Note 5.75% 08/03 | | | | | | | | | |
| 248 US Treas Note 7.50% 02/05 | | | | | | | | | |
| 249 IRA #2 | D | Dividend | N | T | | | | | |
| 250 Cash & Cash Equivalents | | | | | | | | | |
| 251 Abbott Laboratories Stock | | | | | | | | | |
| 252 American Intl Group Inc Stock | | | | | | | | | |
| 253 AOL Time Warner Inc Stock | | | | | | | | | |
| 254 Applied Materials Inc Stock | | | | | | | | | |
| 255 Bank of America Stock | | | | | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less O=$500,001-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-$100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 16 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | *Exempt* | | | | |
| 256 Baxter Intl Inc Stock | | | | | | | | | |
| 257 CVS Corp Del Stock | | | | | | | | | |
| 258 Cisco Systems Inc Stock | | | | | | | | | |
| 259 Citigroup Inc Stock | | | | | | | | | |
| 260 Coca Cola Co Stock | | | | | | | | | |
| 261 Dominion Res Inc Va New Stock | | | | | | | | | |
| 262 Exxon Mobil Corp Stock | | | | | | | | | |
| 263 Fifth Third Bancorp Stock | | | | | | | | | |
| 264 Flextronics Intl LTD Stock | | | | | | | | | |
| 265 General Electric Co Stock | | | | | | | | | |
| 266 Goldman Sachs Group Inc Stock | | | | | | | | | |
| 267 Guidant Corp Stock | | | | | | | | | |
| 268 Intel Corp Stock | | | | | | | | | |
| 269 Intl Business Machines Stock | | | | | | | | | |
| 270 JDS Uniphase Corp Stock | | | | | | | | | |
| 271 Johnson & Johnson Stock | | | | | | | | | |
| 272 Lauder Estee Co Inc Cl A Stock | | | | | | | | | |

1 Inc/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   O=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J. | 01/28/2002 |

## VII. Page 17 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | *Exempt* | | | | |
| 273 Lilly Eli & Company Stock | | | | | | | | | |
| 274 Medtronic Inc Stock | | | | | | | | | |
| 275 Micron Technology Inc Stock | | | | | | | | | |
| 276 Microsoft Corp Stock | | | | | | | | | |
| 277 Mirant Corp Stock | | | | | | | | | |
| 278 Morgan Stnly DW Stock | | | | | | | | | |
| 279 Oracle Corp Stock | | | | | | | | | |
| 280 Pepsico Incorp Stock | | | | | | | | | |
| 281 Pfizer Inc Stock | | | | | | | | | |
| 282 Qwest Comm Intl Inc Stock | | | | | | | | | |
| 283 Raytheon Company New Stock | | | | | | | | | |
| 284 S B C Communications Inc Stock | | | | | | | | | |
| 285 Safeway Inc Stock | | | | | | | | | |
| 286 Schlumberger LTD Stock | | | | | | | | | |
| 287 Target Corp Stock | | | | | | | | | |
| 288 Texas Instruments Inc Stock | | | | | | | | | |
| 289 Transocean Sedco Forex F Stock | | | | | | | | | |

| 1 Inc/Gain Codes. (Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less O=$500,001-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-$100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## II. Page 18 INVESTMENTS and TRUSTS -- income, value, transactions   *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (i) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE  (No reportable income, assets, or transactions.) | | | | | *Exempt* | | | | |
| 290  Tyco Intl LTD New Stock | | | | | | | | | |
| 291  Verizon Communications Stock | | | | | | | | | |
| 292  Viacom Inc Non Vtg Cl B | | | | | | | | | |
| 293  Wal-Mart Stores Inc Stock | | | | | | | | | |
| 294  Bank of New York Co Stock | | | | | | | | | |
| 295  BP PLC ADR F Stock | | | | | | | | | |
| 296  Du Pont EY De Nemour & Co. Stock | | | | | | | | | |
| 297  EMC Corp Mass Stock | | | | | | | | | |
| 298  Exelon Corp Stock | | | | | | | | | |
| 299  Interpublic Group of COS Stock | | | | | | | | | |
| 300  McData Corp Cl A Stock | | | | | | | | | |
| 301  McGraw Hill COS Stock | | | | | | | | | |
| 302  IRA #3 | C | Dividend | M | T | | | | | |
| 303  Cash & Cash Equivalents | | | | | | | | | |
| 304  Abgenix Inc. Stock | | | | | | | | | |
| 305  Altera Corp Stock | | | | | | | | | |
| 306  Andrx Group Stock | | | | | | | | | |

1 Inc/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

## VII. Page 19 INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | *Exempt* | | | | | |
| 307 Applied Micro Circuits Stock | | | | | | | | | |
| 308 Bed Bath & Beyond Stock | | | | | | | | | |
| 309 Cablevision Sys NY GP A Stock | | | | | | | | | |
| 310 Cablevision Sys-Rainbow Stock | | | | | | | | | |
| 311 Checkfree Corp New Stock | | | | | | | | | |
| 312 Cincinnati Financial CP Stock | | | | | | | | | |
| 313 Clear Channel Commun Stock | | | | | | | | | |
| 314 Cox Radio Inc. Cl A Stock | | | | | | | | | |
| 315 Ebay Inc Stock | | | | | | | | | |
| 316 Echostar Commun CP Cl A Stock | | | | | | | | | |
| 317 Elantec Semiconductor Inc Stock | | | | | | | | | |
| 318 Expedia Inc Stock | | | | | | | | | |
| 319 Gemstar TV Guide Intl Stock | | | | | | | | | |
| 320 Genetech Inc New Stock | | | | | | | | | |
| 321 Gilead Sciences Inc. Stock | | | | | | | | | |
| 322 Half Roberts Intl Stock | | | | | | | | | |
| 323 Hispanic Broadcasting CP Stock | | | | | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less O=$500,001-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-$100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 20 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | *Exempt* | | | | |
| 324 Hotel Reservations Inc Stock | | | | | | | | | |
| 325 Human Genome Sciences Stock | | | | | | | | | |
| 326 Juniper Networks Inc Stock | | | | | | | | | |
| 327 Liberate Technologies Stock | | | | | | | | | |
| 328 Maxim Integrated Prods Stock | | | | | | | | | |
| 329 Mediacom Commun Group Stock | | | | | | | | | |
| 330 Network Appliance Inc Stock | | | | | | | | | |
| 331 Novellus Systems Inc Stock | | | | | | | | | |
| 332 ONI Systems Corp Stock | | | | | | | | | |
| 333 Openwave Systems Inc Stock | | | | | | | | | |
| 334 Overture Services Inc Stock | | | | | | | | | |
| 335 Paychex Inc. Stock | | | | | | | | | |
| 336 Rational Software CP New Stock | | | | | | | | | |
| 337 Research In Motion LTD F Stock | | | | | | | | | |
| 338 Rowe T Price Group Inc Stock | | | | | | | | | |
| 339 SEI Investments Co Stock | | | | | | | | | |
| 340 Sapient Corp Stock | | | | | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
| --- | --- | --- | --- | --- | --- |
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less O=$500,001-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-$100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J. | 01/28/2002 |

## VII. Page 21 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | *Exempt* | | | | |
| 341 Sepracor Inc Stock | | | | | | | | | |
| 342 Siebel Systems Inc Stock | | | | | | | | | |
| 343 Sonus Networks Inc Stock | | | | | | | | | |
| 344 Univision Communs Inc Stock | | | | | | | | | |
| 345 Verisigns Inc Stock | | | | | | | | | |
| 346 Vertex Pharmaceuticals Stock | | | | | | | | | |
| 347 Westwood One Inc Stock | | | | | | | | | |
| 348 Xilinx Inc Stock | | | | | | | | | |
| 349 Yahoo Inc. Stock | | | | | | | | | |
| 350 Aether Systems Stock | | | | | | | | | |
| 351 Affymetrix Inc Stock | | | | | | | | | |
| 352 Ariba Inc Stock | | | | | | | | | |
| 353 Akamai Technologies Inc Stock | | | | | | | | | |
| 354 Amazon.Com Inc Stock | | | | | | | | | |
| 355 American Tower Corp Cl A Stock | | | | | | | | | |
| 356 Corvis Corp Stock | | | | | | | | | |
| 357 Commerce One Inc Del Stock | | | | | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

## VII. Page 22 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type<br>(e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type<br>(e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | *Exempt* | | | | |
| 358    Exodus Communications Inc Stock | | | | | | | | | |
| 359    Globespan Inc Stock | | | | | | | | | |
| 360    Homestore.Com Inc Stock | | | | | | | | | |
| 361    MCLeod USA Inc Cl A Stock | | | | | | | | | |
| 362    Metromedia Fiber Network Inc Stock | | | | | | | | | |
| 363    Minimed Inc Stock | | | | | | | | | |
| 364    New Focus Inc | | | | | | | | | |
| 365    Sycamore Neworks Inc Stock | | | | | | | | | |
| 366    Spectrasite Hldgs Inc Stock | | | | | | | | | |
| 367    Storagenetworks Inc Stock | | | | | | | | | |
| 368    Talbots Inc Stock | | | | | | | | | |
| 369    Time Warnor Tolecom Inc Cl A Stock | | | | | | | | | |
| 370    Transmeta Corp Del Stock | | | | | | | | | |
| 371    Vignette Corp Stock | | | | | | | | | |
| 372    Webmethods Inc Stock | | | | | | | | | |
| 373    IRA #4 | C | Dividend | M | T | | | | | |
| 374    Cash & Cash Equivalents | | | | | | | | | |

| 1 Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (Col. C2) | U=Book Value | V=Other | W=Estimated | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J. | 01/28/2002 |

## VII. Page 23 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (If private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | *Exempt* | | | | |
| 375 AXA Sponsored ADR F Stock | | | | | | | | | |
| 376 AB Electrolux ADR Cl B F Stock | | | | | | | | | |
| 377 ABN-Amro Holding NV ADR F Stock | | | | | | | | | |
| 378 Aegon NV Ord Reg Amer F Stock | | | | | | | | | |
| 379 Akzo Nobel NV Spon ADR F Stock | | | | | | | | | |
| 380 Allied Domecq PLC ADR F | | | | | | | | | |
| 381 Allied Irish Banks ADR F Stock | | | | | | | | | |
| 382 Astrazeneca Plc ADR F Stock | | | | | | | | | |
| 383 BOC Group Plc SP ADR F Stock | | | | | | | | | |
| 384 Bayer AG Sponsored ADR F Stock | | | | | | | | | |
| 385 Benetton Group SPA ADR F Stock | | | | | | | | | |
| 386 BHP Billiton LTD ADR F Stock | | | | | | | | | |
| 387 BP PLC ADR F Stock | | | | | | | | | |
| 388 British Airways Def ADR Stock | | | | | | | | | |
| 389 Cable & Wireless PLC ADR Stock | | | | | | | | | |
| 390 Cadbury Schweppes ADR F Stock | | | | | | | | | |
| 391 Cannon Inc Sponsored ADR Stock | | | | | | | | | |

| 1 Inc/Gain Codes: A=$1,000 or less (Col. B1, D4) | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: J=$15,000 or less (Col. C1, D3) | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: Q=Appraisal (Col. C2) | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|
| U=Book Value | V=Other | W=Estimated | |

## VII. Page 24 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)

| A. Description of Assets (including trust assets) | B Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | *Exempt* | | | | |
| 392 Cemex SA ADR New F Stock | | | | | | | | | |
| 393 Danske Bank A/S ADR F Stock | | | | | | | | | |
| 394 EON AG ADR F Stock | | | | | | | | | |
| 395 Eisai Co Ltd Spon ADR F Stock | | | | | | | | | |
| 396 Endesa SA ADR F Stock | | | | | | | | | |
| 397 ENI SPA Spon ADR F Stock | | | | | | | | | |
| 398 Fuji Photo Film LTD ADR F Stock | | | | | | | | | |
| 399 Fujitsu LTD ADR F Stock | | | | | | | | | |
| 400 Gallaher GRP Spon ADR F Stock | | | | | | | | | |
| 401 Hellenic Telecommun ADR F Stock | | | | | | | | | |
| 402 Honda Motor Co LTD ADR F Stock | | | | | | | | | |
| 403 Kninkljke Ahold New ADR F Stock | | | | | | | | | |
| 404 Kon Philips Elec NV New F Stock | | | | | | | | | |
| 405 Kyocera LTD ADR F Stock | | | | | | | | | |
| 406 Lloyds Tsb Group ADR Stock | A | Dividend | J | T | | | | | |
| 407 L V M H Moet Spon ADR F Stock | | | | | | | | | |
| 408 Nestle A Reg B ADR F Stock | | | | | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less O=$500,001-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-$100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J. | 01/28/2002 |

## VII. Page 25 INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | *Exempt* | | | | |
| 409 Novartis AG Spon ADR F Stock | | | | | | | | | |
| 410 Repsol Ypf SA ADR F Stock | | | | | | | | | |
| 411 Rio Tinto PLC Spon ADR F Stock | | | | | | | | | |
| 412 Scottish Power PLC ADR F Stock | | | | | | | | | |
| 413 Siemens AG ADR F Stock | | | | | | | | | |
| 414 TDK Corporation ADR F Stock | | | | | | | | | |
| 415 Talisman Energy Inc F Stock | | | | | | | | | |
| 416 TDC AS ADR F Stock | | | | | | | | | |
| 417 Telecom Italia SPA ADR F Stock | | | | | | | | | |
| 418 Telefonica Spon ADR F Stock | | | | | | | | | |
| 419 Total Fina Elf SA ADR F Stock | | | | | | | | | |
| 420 TPG NV ADR F Stock | | | | | | | | | |
| 421 UBS AG New F Stock | | | | | | | | | |
| 422 Unilever PLC ADR New F Stock | | | | | | | | | |
| 423 Volvo A B ADR F Stock | | | | | | | | | |
| 424 Zurich Finl SVCS ADR F Stock | | | | | | | | | |
| 425 Alcatel ADR F Stock | | | | | | | | | |

| 1 Inc/Gain Codes: A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| (Col. B1, D4)  F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| (Col. C1, D3)  O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|
| (Col. C2)  U=Book Value | V=Other | W=Estimated | |

## VII. Page 26 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-34 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | EXEMPT | | | | |
| 426 Fosters Brewing Group LTD ADR Stock | | | | | | | | | |
| 427 Glaxosmithkline Plc ADR F Stock | | | | | | | | | |
| 428 Group Danone Spon ADR F Stock | | | | | | | | | |
| 429 Invensys Plc SA ADR F Stock | | | | | | | | | |
| 430 Magna Intl Inc Class A Stock | | | | | | | | | |
| 431 Nintendo LTD ADR F Stock | | | | | | | | | |
| 432 Nokia Corp Spon ADR F Stock | | | | | | | | | |
| 433 Royal Kpn NV Sponsored ADR Stock | | | | | | | | | |
| 434 Sony Corp ADR New F Stock | | | | | | | | | |
| 435 Westpac Banking Ltd Spon ADR F Stock | | | | | | | | | |
| 436 TRA #5 | B | Div & Int | M | T | | | | | |
| 437 Cash & Cash Equivalents | | | | | | | | | |
| 438 AT&T Corp Bond 6% 09 | | | | | | | | | |
| 439 Ford Motor Credit Bond 6.70% 04 | | | | | | | | | |
| 440 Genl Motors Acc Bond 6.38% 04 | | | | | | | | | |
| 441 Morgan Stan DW Bond 7.75% 05 | | | | | | | | | |
| 442 Natl Rural Util Bond 6% 06 Stock | | | | | | | | | |

1 Inc/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000 P2=$5,000,001-$25,000,000 P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

## VII. Page 27 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | Exempt | | | | |
| 443 Sprint Cap Corp Bond 5.70% 03 | | | | | | | | | |
| 444 WorldCom Inc Bond 7.875% 03 | | | | | | | | | |
| 445 US Treas Note 6% 09 | | | | | | | | | |
| 446 US Treas Note 5.625% 2/06 | | | | | | | | | |
| 447 Morgan Stan DW Bond 5.6% | | | | | | | | | |
| 448 US Treas Note 5.75% 08/03 | | | | | | | | | |
| 449 IRA #6 | B | Dividend | L | T | | | | | |
| 450 Cash & Cash Equivalents | | | | | | | | | |
| 451 AON Corp Stock | | | | | | | | | |
| 452 Agere Systems Inc Cl A Stock | | | | | | | | | |
| 453 American Express Co Stock | | | | | | | | | |
| 454 American Home Products Stock | | | | | | | | | |
| 455 American Intl Group Stock | | | | | | | | | |
| 456 Bank One Corp Stock | | | | | | | | | |
| 457 Berkshire Hathaway CL B Stock | | | | | | | | | |
| 458 Bristol-Meyers Squibb Co Stock | | | | | | | | | |
| 459 Citigroup Inc Stock | | | | | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

## VII. Page 28 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| *Place "(X)" after each asset exempt from prior disclosure.* | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | *Exempt* | | | | |
| 460 Costco Whsl Corp New Stock | | | | | | | | | |
| 461 Devon Energy Corp New Stock | | | | | | | | | |
| 462 Dover Corp Stock | | | | | | | | | |
| 463 Dun & Bradstreet CP New Stock | | | | | | | | | |
| 464 Golden West Financial Stock | | | | | | | | | |
| 465 Hewlett Packard Co Stock | | | | | | | | | |
| 466 Household International Stock | | | | | | | | | |
| 467 Kinder Morgan Inc Stock | | | | | | | | | |
| 468 Lexmark Intl Inc CL A Stock | | | | | | | | | |
| 469 Lilly Eli & Company Stock | | | | | | | | | |
| 470 Loews Corporation Stock | | | | | | | | | |
| 471 Marriott Intl Inc Cl A Stock | | | | | | | | | |
| 472 Masco Corp Stock | | | | | | | | | |
| 473 Mc Donalds Corp Stock | | | | | | | | | |
| 474 Merck & Co Inc Stock | | | | | | | | | |
| 475 Minnesota Minning & MFG Stock | | | | | | | | | |
| 476 Moodys Corp Stock | | | | | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less<br>F=$50,001-$100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less<br>O=$500,001-$1,000,000 | K=$15,001-$50,000<br>P1=$1,000,001-$5,000,000 | L=$50,001-$100,000<br>P2=$5,000,001-$25,000,000 | M=$100,001-$250,000<br>P3=$25,000,001-$50,000,000 | N=$250,001-$500,000<br>P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal<br>U=Book Value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

## VII. Page 29 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions.) | | | | | *Exempt* | | | | |
| 477 Morgan Stanley DW Stock | | | | | | | | | |
| 478 Philip Morris COS Inc Stock | | | | | | | | | |
| 479 Phillips Petroleum Co Stock | | | | | | | | | |
| 480 Progressive Corp Ohio Stock | | | | | | | | | |
| 481 Sealed Air Corp New Stock | | | | | | | | | |
| 482 Safeway Inc. Stock | | | | | | | | | |
| 483 Tellabs Inc Stock | | | | | | | | | |
| 484 Transatlantic Holdings Inc. Stock | | | | | | | | | |
| 485 Tyco Intl LTD New Stock | | | | | | | | | |
| 486 United Parcel Service B Stock | | | | | | | | | |
| 487 Vulcan Materials Co Stock | | | | | | | | | |
| 488 Wells Fargo & Co New Stock | | | | | | | | | |
| 489 Freddie Mac Voting Shares Stock | | | | | | | | | |
| 490 Providian Finl CP Stock | | | | | | | | | |
| 491 Stillwell Financial Inc Stock | | | | | | | | | |
| 492 IRA #7 | A | Dividend | K | T | | | | | |
| 493 Equitable Alliance Common Stock Fund | | | | | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less O=$500,001-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-$100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 30 INVESTMENTS and TRUSTS -- Income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | B. (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | C. (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | *Exempt* | | | | |
| 494 Equitable Balanced Fund | | | | | | | | | |
| 495 Equitable Agressive Stock Fund | | | | | | | | | |
| 496 IRA #8 | A | Dividend | K | T | | | | | |
| 497 Equitable Alliance Common Stock Fund | | | | | | | | | |
| 498 Equitable Balanced Fund | | | | | | | | | |
| 499 Equitable Aggressive Stock Fund | | | | | | | | | |
| 500 Variable Life #1 | C | Div & Int | M | T | | | | | |
| 501 Guaranteed Interest | | | | | | | | | |
| 502 Equitable Balance Fund | | | | | | | | | |
| 503 Equitable Alliance Common Stock Fund | | | | | | | | | |
| 504 Equitable Alliance Growth Investors Fund | | | | | | | | | |
| 505 Equitable T.Rowe Price International Stock Fund | | | | | | | | | |
| 506 Pension Plan #1 | A | Dividend | K | T | | | | | |
| 507 Index 500 Fund | | | | | | | | | |
| 508 Pension Plan #2 | A | Dividend | K | T | | | | | |
| 509 New Millenium Fund | | | | | | | | | |
| 510 Index 500 Fund | | | | | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

## VII. Page 31 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type<br>(e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type<br>(e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | Exempt | | | | | |
| 511 Harris County Texas Series A | A | Interest | J | W | | | | | |
| 512 Pension Plan #3 | D | Div & Int | M | T | | | | | |
| 513 Government Money Market Fund | | | | | | | | | |
| 514 Interest Income Fund | | | | | | | | | |
| 515 Asset Allocation Fund | | | | | | | | | |
| 516 S&P Index 500 Fund | | | | | | | | | |
| 517 Small Company Fund | | | | | | | | | |
| 518 | | | | | | | | | |
| 519 | | | | | | | | | |
| 520 | | | | | | | | | |
| 521 | | | | | | | | | |
| 522 | | | | | | | | | |
| 523 | | | | | | | | | |
| 524 | | | | | | | | | |
| 525 | | | | | | | | | |
| 526 | | | | | | | | | |
| 527 | | | | | | | | | |

| 1 Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (Col. C2) | U=Book Value | V=Other | W=Estimated | |

CTION HEADING. (Indicate part of report.)

formation continued from Parts I through VI, inclusive.

PART 1. POSITIONS (cont'd.)

| ne | Position | Name of Organization/Entity |
|---|---|---|
| 4 | Trustee | Hackensack University Medical Center |
| 5 | Trustee | John Cabot University |
| 6 | Trustee | Italian American Cultural Center |
| 7 | Trustee | Tri-County Scholarship Fund |

PART 3. NON-INVESTMENT INCOME (cont'd.)

| ine | Date | Source and Type | Gross Income |
|---|---|---|---|
| 5 | 2000 | Novartis Pharmaceutical Company | |
| 6 | 2001 | Novartis Pharmaceuticals Company | |

| NANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Martini, William J. | 01/28/2002 |

CTION HEADING. (Indicate part of report.)

formation continued from Parts I through VI, inclusive.

PART 1. POSITIONS (cont'd.)

| ne | Position | Name of Organization/Entity |
|---|---|---|
| 4 | Trustee | Hackensack University Medical Center |
| 5 | Trustee | John Cabot University |
| 6 | Trustee | Italian American Cultural Center |
| 7 | Trustee | Tri-County Scholarship Fund |

PART 3. NON-INVESTMENT INCOME (cont'd.)

| ine | Date | Source and Type | Gross Income |
|---|---|---|---|
| 5 | 2000 | Novartis Pharmaceutical Company | |
| 6 | 2001 | Novartis Pharmaceuticals Company | |

## C. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _____  Date 1/28/02

Note:       Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

### FILING INSTRUCTIONS

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | LIABILITIES | | |
|---|---|---|---|---|---|
| Cash on hand and in banks | 69 | 847 | Notes payable to banks-secured | 85 | 750 |
| U.S. Government securities-add schedule | | | Notes payable to banks-unsecured | | |
| Listed securities-add schedule | 953 | 126 | Notes payable to relatives | | |
| Unlisted securities--add schedule | | | Notes payable to others | | |
| Accounts and notes receivable: | | | Accounts and bills due | | |
| Due from relatives and friends | | | Unpaid income tax 2001 due 4/15/02 | 12 | 000 |
| Due from others | | | Other unpaid income and interest | | |
| Doubtful | | | Real estate mortgages payable-add schedule | 89 | 750 |
| Real estate owned-add schedule | 525 | 000 | Chattel mortgages and other liens payable | | |
| Real estate mortgages receivable | | | Other debts-itemize: | | |
| Autos and other personal property | 160 | 000 | | | |
| Cash value-life insurance | 182 | 395 | | | |
| Other assets itemize: | | | | | |
| Retirement assets (Schedule) | 1 595 | 821 | | | |
| | | | | | |
| | | | Total liabilities | 187 | 500 |
| | | | Net Worth | 3 298 | 689 |
| Total Assets | 3 486 | 109 | Total liabilities and net worth | 3 486 | 189 |
| CONTINGENT LIABILITIES | | | GENERAL INFORMATION | | |
| As endorser, comaker or guarantor | N/A | | Are any assets pledged? (Add schedule) | NO | |
| On leases or contracts ACURA Auto lease | $550 per | mo. | Are you defendant in any suits or legal actions? | NO | |
| Legal Claims | N/A | | Have you ever taken bankruptcy? | NO | |
| Provision for Federal Income Tax | N/A | | | | |
| Other special debt | | | | | |

William J. Martini
Financial Disclosure Schedules

## Listed Securities

| | |
|---|---:|
| Brokerage Account #1 | 70,318 |
| Brokerage Account #2 | 103,165 |
| Federated Kaufman Fund K | 32,984 |
| Brokerage Account #3 | 731,659 |
| Harris County Texas Series A Bond | 15,000 |

| | |
|---|---:|
| Total Listed Securities | 953,126 |

## Real Estate Owned

| | |
|---|---:|
| Residential  Pt. Pleasant Boro NJ | 325,000 |
| Rental Clifton NJ | 200,000 |

| | |
|---|---:|
| Total Real Estate Owned | 525,000 |

## Retirement Assets

| | |
|---|---:|
| IRA #1 | 1,024,389 |
| IRA #2 | 196,886 |
| IRA # 3 | 37,331 |
| IRA #4 | 29,064 |
| Pension Plan #1 | 38,241 |
| Pension Plan #2 | 57,388 |
| Pension Plan #3 | 212,522 |

| | |
|---|---:|
| Total Retirement Assets | 1,595,821 |

## Real Estate Mortgages

| | |
|---|---:|
| Mortgage on Clifton NJ Rental | 89,750 |